**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ALIDA AMBROCIO REYNOSO** | **CIVIL CASE NO. 6:26-CV-00532**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **PAMELA BONDI ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 9] of the Magistrate Judge, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 19th day of August 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE